UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | |
| BERTUCCI, WILLIAM | ) | CASE NO. 08-06517 |
| | ) | |
| Debtor. | ) | Hon. SUSAN PIERSON SONDERBY |

## TRUSTEE'S FINAL REPORT

To: THE HONORABLE SUSAN PIERSON SONDERBY
    BANKRUPTCY JUDGE

NOW COMES HORACE FOX, JR., Trustee herein, and respectfully submits to the Court and to the United States Trustee his Final Report in accordance with 11 U.S.C. §704(9).

1. The Petition commencing this case was filed on March 19, 2008. HORACE FOX, JR. was appointed Trustee on March 19, 2008. The Trustee's bond in this case is included as part of the Trustee's blanket bond coverage.

2. The Trustee certifies that he has concluded the administration of this estate and has performed the duties enumerated in Section 704 of the Bankruptcy Code. The nonexempt assets of the estate have either been converted to cash, disposed of under orders of this Court, or are sought to be abandoned by the Trustee; there is no other property belonging to the estate; there are no matters pending or undetermined; claims have been reviewed; and all claim objections have been resolved to the best of the Trustee's knowledge. The Trustee has not found it advisable to oppose the Debtor(s) discharge. The trustee certifies that this estate is ready to be closed. The tasks performed by the Trustee are set forth on Exhibit A.

3. The disposition of estate property is set forth in Exhibit B. The scheduled value of property abandoned is $4,515.00. The trustee proposes to abandon the following property at the hearing, $800.00 in Cash on Hand, $1,000.00 in Household furnishings, $0.00 in Hyundai Sonata - Lease, $0.00 in interest in value of grandfather's probate estate, $705.00 in IRA - held for daughter, $300.00 in Movado Watch, $200.00 in TCF Bank Checking, $1,000.00 in Wearing apparel approx, $510.00 in Whole Life Insurance Policy -.

4. A summary of the trustee's final account as of February 11, 2009 is as follows:

| | | |
|---|---|---|
| a. | RECEIPTS (See Exhibit C) | $16,798.26 |
| b. | DISBURSEMENTS (See Exhibit C) | $3,000.00 |
| c. | NET CASH available for distribution | $13,798.26 |
| d. | TRUSTEE PROFESSIONAL COSTS: | |
| | 1. Trustee compensation requested (See Exhibit E) | $2,129.83 |
| | 2. Trustee Expenses (See Exhibit E) | $0.00 |
| | 3. Compensation requested by attorney or other professionals for trustee (See Exhibit F) | |
| | (a.) Bruce de 'Medici Attorney for Trustee Fees | $7,012.50 |
| | (b.) Bruce de 'Medici Attorney for Trustee Expenses | $11.06 |

5. The Bar Date for filing unsecured claims expired on .

6. All claims filed in this case with the Clerk of the Bankruptcy Court have been reviewed by the Trustee (Exhibit D). The actual dollar amount of claims allowed and/or requested for this estate is as follows:

| | | |
|---|---|---|
| a. | Allowed unpaid secured claims | $0.00 |
| b. | Chapter 7 administrative claims | $0.00 |
| c. | Allowed Chapter 11 administrative | $0.00 |
| d. | Allowed priority claims | $0.00 |
| e. | Allowed unsecured claims | $56,766.45 |

7. Trustee proposes that unsecured creditors receive a distribution of 8.18% of allowed claims.

8. Total compensation previously awarded to Trustee's counsel, accountant or other professional was $0.00. Attorney for Trustee Fees, Bruce de 'Medici requested but not yet allowed is $7,012.50. Attorney for Trustee Expenses, Bruce de 'Medici requested but not yet allowed is $11.06. The total of Chapter 7 professional fees and expenses requested for final allowance is $9,153.39.

9. A fee of $2,799.00 was paid to Debtor's Counsel for services rendered in connection with this case, and no basis appears to request an examination of those fees pursuant to 11 U.S.C. §329.

**WHEREFORE**, the Trustee certifies under penalty of perjury that the above statements are true and correct and requests the Court to provide for notice and a hearing pursuant to 11 U.S.C. §§330(a), 502(b) and 503(b). The Trustee further requests that the Court award final compensation and reimbursement of expenses and make final allowance of the administrative claims and expenses stated in this Report, and for such other relief as the Court shall deem proper.

                                            RESPECTFULLY SUBMITTED

Date: February 11, 2009                /s/ HORACE FOX, JR., Trustee
                                            SIGNATURE

                                            HORACE FOX, JR.
                                            TRUSTEE NAME

                                            6 East Monroe
                                            Suite 1004
                                            Chicago, IL 60603
                                            ADDRESS

**TASKS PERFORMED BY TRUSTEE**
**EXHIBIT A**

Maintained estate's bookkeeping records, and filed the necessary reports with the Office of the U.S. Trustee.

Reviewed the schedules of assets and liabilities filed by debtor.

Examined the debtor at the meetings of creditors.

Consulted with creditors and parties in interest regarding assets of the estate.

Reviewed the claims and prepared the final report.

EXHIBIT B

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 1

| Case No.: | 08-06517 | | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|---|
| Case Name: | BERTUCCI, WILLIAM | | Date Filed (f) or Converted (c): | 03/19/2008 (f) |
| For the Period Ending: | 2/12/2009 | | §341(a) Meeting Date: | 04/17/2008 |
| | | | Claims Bar Date: | |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. DA=§ 554(c) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| **Ref. #** | | | | | |
| 1  Cash on Hand | $800.00 | $0.00 | DA | $0.00 | FA |
| 2  TCF Bank Checking | $200.00 | $0.00 | DA | $0.00 | FA |
| 3  Household furnishings | $1,000.00 | $0.00 | DA | $0.00 | FA |
| 4  Wearing apparel approx | $1,000.00 | $0.00 | DA | $0.00 | FA |
| 5  Movado Watch | $300.00 | $0.00 | DA | $0.00 | FA |
| 6  Whole Life Insurance Policy - | $510.00 | $0.00 | DA | $0.00 | FA |
| 7  IRA - held for daughter | $705.00 | $0.00 | DA | $0.00 | FA |
| 8  Hyundai Sonata - Lease | $0.00 | $0.00 | DA | $0.00 | FA |
| **Asset Notes:**  lease | | | | | |
| 9  VOID | $0.00 | $0.00 | | $0.00 | FA |
| 10  interest in value of grandfather's probate estate  (u) | Unknown | $16,789.22 | DA | $16,789.22 | FA |
| **Asset Notes:**  1/8th interest in value of grandfather's estate | | | | | |
| INT  Interest Earned  (u) | Unknown | Unknown | | $9.04 | Unknown |

**TOTALS (Excluding unknown value)**                                                                                                                                  **Gross Value of Remaining Assets**

                                    $4,515.00          $16,789.22                   $16,798.26                          $0.00

**Major Activities affecting case closing:**
  Updated File up to 8/27/08 (no new documents to print).
  Got attorney fee detail. Review claims. file final report.

**Initial Projected Date Of Final Report (TFR):**  06/30/2010     **Current Projected Date Of Final Report (TFR):**  06/30/2010

**EXHIBIT C**

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No.: | 08-06517 | | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|---|
| Case Name: | BERTUCCI, WILLIAM | | Bank Name: | STERLING BANK |
| Primary Taxpayer ID #: | 306170281 | | Checking Acct #: | 7117086517 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 3/19/2008 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 2/12/2009 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 09/17/2008 | | Transfer From Acct#8117086517 | | 9999-000 | $3,000.00 | | $3,000.00 |
| 11/20/2008 | | Transfer To Acct#8117086517 | wrote check out of mm account and transferred anoter 3k into checking. there was 3k check to Bertucci  This returns checking acct funds to mm. | 9999-000 | | $3,000.00 | $0.00 |
| | | | **TOTALS:** | | $3,000.00 | $3,000.00 | $0.00 |
| | | | Less: Bank transfers/CDs | | $3,000.00 | $3,000.00 | |
| | | | Subtotal | | $0.00 | $0.00 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | Net | | $0.00 | $0.00 | |

**For the period of 3/19/2008 to 2/12/2009**

| | |
|---|---|
| Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $3,000.00 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $3,000.00 |

**For the entire history of the account between 09/17/2008 to 2/12/2009**

| | |
|---|---|
| Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $3,000.00 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $3,000.00 |

FORM 2

CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 08-06517 | | | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|---|---|
| Case Name: | BERTUCCI, WILLIAM | | | Bank Name: | STERLING BANK |
| Primary Taxpayer ID #: | 306170281 | | | Money Market Acct #: | 8117086517 |
| Co-Debtor Taxpayer ID #: | | | | Account Title: | |
| For Period Beginning: | 3/19/2008 | | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 2/12/2009 | | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 09/04/2008 | | Ticor Title Insurance | 1/8 Interest in grandfather's probate estate. | * | $16,789.22 | | $16,789.22 |
| | {10} | | $3,000.00 | 1229-002 | | | $16,789.22 |
| | {10} | | $13,789.22 | 1229-000 | | | $16,789.22 |
| 09/17/2008 | | Transfer To Acct#7117086517 | | 9999-000 | | $3,000.00 | $13,789.22 |
| 09/17/2008 | 1 | William Bertucci | Possible Interest in grandfather's estate. | 8100-002 | | $3,000.00 | $10,789.22 |
| 09/30/2008 | (INT) | Sterling Bank | Interest Earned For September | 1270-000 | $2.72 | | $10,791.94 |
| 10/31/2008 | (INT) | Sterling Bank | Interest Earned For October | 1270-000 | $2.15 | | $10,794.09 |
| 11/20/2008 | | Transfer From Acct#7117086517 | wrote check out of mm account and transferred anoter 3k into checking. there was 3k check to Bertucci<br><br>This returns checking acct funds to mm. | 9999-000 | $3,000.00 | | $13,794.09 |
| 11/28/2008 | (INT) | Sterling Bank | Interest Earned For November | 1270-000 | $1.53 | | $13,795.62 |
| 12/31/2008 | (INT) | Sterling Bank | Interest Earned For December | 1270-000 | $1.47 | | $13,797.09 |
| 01/30/2009 | (INT) | Sterling Bank | Interest Earned For January | 1270-000 | $1.17 | | $13,798.26 |

|  |  |  |
|---|---|---|
| TOTALS: | $19,798.26 | $6,000.00 | $13,798.26 |
| Less: Bank transfers/CDs | $3,000.00 | $3,000.00 | |
| Subtotal | $16,798.26 | $3,000.00 | |
| Less: Payments to debtors | $0.00 | $3,000.00 | |
| Net | $16,798.26 | $0.00 | |

| For the period of  3/19/2008 to 2/12/2009 | | For the entire history of the account between 09/04/2008 to 2/12/2009 | |
|---|---|---|---|
| Total Compensable Receipts: | $13,798.26 | Total Compensable Receipts: | $13,798.26 |
| Total Non-Compensable Receipts: | $3,000.00 | Total Non-Compensable Receipts: | $3,000.00 |
| Total Comp/Non Comp Receipts: | $16,798.26 | Total Comp/Non Comp Receipts: | $16,798.26 |
| Total Internal/Transfer Receipts: | $3,000.00 | Total Internal/Transfer Receipts: | $3,000.00 |
| | | | |
| Total Compensable Disbursements: | $0.00 | Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $3,000.00 | Total Non-Compensable Disbursements: | $3,000.00 |
| Total Comp/Non Comp Disbursements: | $3,000.00 | Total Comp/Non Comp Disbursements: | $3,000.00 |
| Total Internal/Transfer Disbursements: | $3,000.00 | Total Internal/Transfer Disbursements: | $3,000.00 |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 08-06517 | | | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|---|---|
| Case Name: | BERTUCCI, WILLIAM | | | Bank Name: | STERLING BANK |
| Primary Taxpayer ID #: | 306170281 | | | Money Market Acct #: | 8117086517 |
| Co-Debtor Taxpayer ID #: | | | | Account Title: | |
| For Period Beginning: | 3/19/2008 | | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 2/12/2009 | | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
| | | $16,798.26 | $3,000.00 | $13,798.26 |

| **For the period of 3/19/2008 to 2/12/2009** | | **For the entire history of the case between 03/19/2008 to 2/12/2009** | |
|---|---|---|---|
| Total Compensable Receipts: | $13,798.26 | Total Compensable Receipts: | $13,798.26 |
| Total Non-Compensable Receipts: | $3,000.00 | Total Non-Compensable Receipts: | $3,000.00 |
| Total Comp/Non Comp Receipts: | $16,798.26 | Total Comp/Non Comp Receipts: | $16,798.26 |
| Total Internal/Transfer Receipts: | $6,000.00 | Total Internal/Transfer Receipts: | $6,000.00 |
| | | | |
| Total Compensable Disbursements: | $0.00 | Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $3,000.00 | Total Non-Compensable Disbursements: | $3,000.00 |
| Total Comp/Non Comp Disbursements: | $3,000.00 | Total Comp/Non Comp Disbursements: | $3,000.00 |
| Total Internal/Transfer Disbursements: | $6,000.00 | Total Internal/Transfer Disbursements: | $6,000.00 |

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | |
| BERTUCCI, WILLIAM | ) | CASE NO. 08-06517 |
| | ) | |
| Debtor(s). | ) | Hon. SUSAN PIERSON SONDERBY |

## DISTRIBUTION REPORT

I, HORACE FOX, JR., Trustee herein, certify that I have reviewed all claims filed with the Clerk of the Bankruptcy Court and have examined all orders of Court, and state that based on my review I propose to make the following distribution.

**SUMMARY OF DISTRIBUTION:**

| | |
|---|---|
| Chapter 7 Administrative Expenses: | $9,153.39 |
| Chapter 11 Administrative Expenses: | $0.00 |
| Priority Claims (507(a)(3)-(a)(6)): | $0.00 |
| Secured Claims: | $0.00 |
| Secured Tax Liens: | $0.00 |
| Priority Tax Claims: | $0.00 |
| General Unsecured Claims: | $4,644.87 |
| Interest (726(a)(5)): | $0.00 |
| Surplus to Debtor (726(a)(6)): | $0.00 |
| **TOTAL AMOUNT TO BE DISTRIBUTED:** | $13,798.26 |

# CLAIMS DISTRIBUTION REGISTER
## EXHIBIT D
CASE: 08-06517 BERTUCCI, WILLIAM

| Claim No. | Date | Claimant | Category | Amount Filed | Amount Allowed | Paid To Date | Balance | Proposed Payment |
|---|---|---|---|---|---|---|---|---|
| **Trustee Compensation** | | | | | | | | |
| | 02/09/2009 | Horace Fox, Jr.<br>6 East Monroe<br>Suite 1004<br>Chicago, IL 60603<br>**NOTES:** | 2100-000 | $2,129.83 | $2,129.83 | $.00 | $2,129.83 | $2,129.83 |
| **Percent Paid:** | | | 100.00% | | | | | |
| **Total for Trustee Compensation** | | | | **$2,129.83** | **$2,129.83** | **$0.00** | **$2,129.83** | **$2,129.83** |
| **Attorney for Trustee Fees (Other Firm)** | | | | | | | | |
| | 02/11/2009 | Bruce de 'Medici<br>SmithAmundsen LLC<br>150 N. Michigan # 3300<br>Chicago, IL 60601<br>**NOTES:** | 3210-000 | $7,012.50 | $7,012.50 | $.00 | $7,012.50 | $7,012.50 |
| **Percent Paid:** | | | 100.00% | | | | | |
| **Total for Attorney for Trustee Fees (Other Firm)** | | | | **$7,012.50** | **$7,012.50** | **$0.00** | **$7,012.50** | **$7,012.50** |
| **Attorney for Trustee Expenses (Other Firm)** | | | | | | | | |
| 7 | 02/11/2009 | Bruce de 'Medici<br>SmithAmundsen LLC<br>150 N. Michigan # 3300<br>chicago, IL 60601<br>**NOTES:** | 3220-000 | $11.06 | $11.06 | $.00 | $11.06 | $11.06 |
| **Percent Paid:** | | | 100.00% | | | | | |
| **Total for Attorney for Trustee Expenses (Other Firm)** | | | | **$11.06** | **$11.06** | **$0.00** | **$11.06** | **$11.06** |
| **General Unsecured 726(a)(2)** | | | | | | | | |
| 1 | 06/02/2008 | Louis Orlando<br>55 W Wacker<br>14th Floor<br>Chicago, IL 60601<br>**NOTES:** | 7100-000 | $22,659.84 | $22,659.84 | $.00 | $22,659.84 | $1,854.13 |
| **Percent Paid:** | | | 8.18% | | | | | |
| 2 | 06/09/2008 | CHASE BANK USA<br>C O WEINSTEIN AND RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121<br>**NOTES:** | 7100-000 | $1,509.39 | $1,509.39 | $.00 | $1,509.39 | $123.50 |
| **Percent Paid:** | | | 8.18% | | | | | |
| 3 | 06/30/2008 | American Express Centurion Bank<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701<br>**NOTES:** (3-1) Credit Card Debt | 7100-000 | $1,842.71 | $1,842.71 | $.00 | $1,842.71 | $150.78 |
| **Percent Paid:** | | | 8.18% | | | | | |
| 4 | 08/14/2008 | FIA CARD SERVICES, N.A./BANK OF AMERICA | 7100-000 | $15,270.07 | $15,270.07 | $.00 | $15,270.07 | $1,249.46 |

|   |   |   |   |   |   |   |   |
|---|---|---|---|---|---|---|---|
|   |   | by American InfoSource L.P. as its agent<br>4515 N Santa Fe Ave<br>Oklahoma City , OK 73118<br>**NOTES:** |   |   |   |   |   |
| **Percent Paid:** |   |   | 8.18% |   |   |   |   |
| 5 | 08/14/2008 | FIA CARD SERVICES, N.A./BANK OF AMERICA 7100-000<br>by American InfoSource L.P. as its agent<br>4515 N Santa Fe Ave<br>Oklahoma City , OK 73118<br>**NOTES:** | $1,602.25 | $1,602.25 | $.00 | $1,602.25 | $131.10 |
| **Percent Paid:** |   |   | 8.18% |   |   |   |   |
| 6 | 08/14/2008 | FIA CARD SERVICES, N.A./BANK OF AMERICA 7100-000<br>by American InfoSource L.P. as its agent<br>4515 N Santa Fe Ave<br>Oklahoma City , OK 73118<br>**NOTES:** | $13,882.19 | $13,882.19 | $.00 | $13,882.19 | $1,135.90 |
| **Percent Paid:** |   |   | 8.18% |   |   |   |   |
| **Total for General Unsecured 726(a)(2)** |   |   |   | **$56,766.45** | **$56,766.45** | **$0.00** | **$56,766.45 $4,644.87** |
|   |   |   |   |   |   |   |   |
| **Case Totals** |   |   |   | **$65,919.84** | **$65,919.84** | **$0.00** | **$65,919.84 $13,798.26** |

WHEREFORE, the Trustee certifies under penalty of perjury that the above statements are true and correct.

DATED: _____

                                                            HORACE FOX, JR., Trustee