UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | |
| BERTUCCI, WILLIAM | ) | CASE NO. 08-06517 |
| | ) | |
| Debtor(s). | ) | Hon. SUSAN PIERSON SONDERBY |

**NOTICE OF TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS
FOR COMPENSATION, AND HEARING ON THE ABANDONMENT
OF PROPERTY BY THE TRUSTEE**

To the Debtor(s), Creditors and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held

   At:  U.S. Bankruptcy Court, 219 S. Dearborn, Courtroom 642, Chicago, IL 60604

   On: **May 12, 2009**           Time: **10:30 a.m.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT NOT REQUIRED.

3. The Trustee's Final Report shows total:

   | | |
   |---|---|
   | Receipts | $16,798.26 |
   | Disbursements | $3,000.00 |
   | Net Cash Available for Distribution | $13,798.26 |

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---|---|---|
| Horace Fox, Jr. Trustee | $.00 | $2,129.83 | |
| Bruce de 'Medici Attorney | $.00 | $7,012.50 | |
| Bruce de 'Medici Attorney for Trustee | $.00 | | $11.06 |

5. Applications for Chapter 11 fees and administrative expenses have been filed as follows:

6. In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 0.00%.

7. Claims of general unsecured creditors totaling $56,766.45 have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 8.18%.

| Claim Number | Claimant | Amount of Claim | Proposed Payment |
|---|---|---|---|
| 1 | Louis Orlando | $22,659.84 | $1,854.13 |
| 2 | CHASE BANK USA | $1,509.39 | $123.50 |
| 3 | American Express Centurion Bank | $1,842.71 | $150.78 |
| 4 | FIA CARD SERVICES, N.A./BANK OF AMERICA | $15,270.07 | $1,249.46 |
| 5 | FIA CARD SERVICES, N.A./BANK OF AMERICA | $1,602.25 | $131.10 |
| 6 | FIA CARD SERVICES, N.A./BANK OF AMERICA | $13,882.19 | $1,135.90 |

8. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

9. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 So. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web

site, www.ilnb.uscourts.gov. If no objections are filed, the Court will act on the fee applications(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

DATED: **March 30, 2009**            For the Court,

By: **KENNETH S. GARDNER**

Kenneth S. Gardner
Clerk of the U.S. Bankruptcy Court
219 S. Dearborn Street, 7th Floor
Chicago, IL 60604

Trustee:   HORACE FOX, JR.

Address:   6 East Monroe
           Suite 1004
           Chicago, IL 60603

Phone No.: ((31) 2) -5642

# CERTIFICATE OF NOTICE

```
District/off: 0752-1          User: amcc7                  Page 1 of 1                  Date Rcvd: Mar 30, 2009
Case: 08-06517                Form ID: pdf002              Total Served: 22

The following entities were served by first class mail on Apr 01, 2009.
db           +William Bertucci,    3002 S. Quinn Street,    Chicago, IL 60608-5811
aty          +Bruce E de'Medici,    333 W. Wacker Drive,    #300,    Chicago, IL 60606-1252
aty          +Jeffrey C Dan,    Crane Heyman Simon Welch & Clar,     135 S Lasalle St Ste 3705,
               Chicago, IL 60603-4101
12373105      American Express Centurion Bank,     c o Becket and Lee LLP,    POB 3001,    Malvern PA 19355-0701
12061707      American Express Centurion Bank,     PO Box 3001,    Los Angeles, CA 90091-0001
12061712      Bank of America,    PO Box 15026,    Wilmington, DE 19850-5026
12061710      Bank of America,    PO Box 15726,    Wilmington, DE 19886-5726
12061708      Bank of America,    PO Box 15102,    Wilmington, DE 19886-5102
12061711      Bank of America,    PO Box 15027,    Wilmington, DE 19850-5027
12061709      Bank of America,    PO Box 37271,    Baltimore, MD 21297-3271
12311298     +CHASE BANK USA,     C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,
               SEATTLE, WA 98121-3132
12061713      Chase Bank,    Cardmember Service,    PO Box 15153,    Wilmington, DE 19886-5153
12061714      Hyundai Motor Finance Corp,     PO Box 20829,    Fountain Valley, CA 92728-0829
12061715     +John Kubat,    3002 S. Quinn,    Chicago, IL 60608-5811
12061716     +Louis Orlando,    55 W Wacker 14th Floor,    Chicago, IL 60601-1609
12061717      Sears Credit Card,    PO Box 183082,    Columbus, OH 43218-3082
12061718      Sears Credit Cards,     P.O. Box 183082,    The Lakes, NV 88901-6922
12061719     +Tammy Kelly,    2614 W. 100th Place,    Chicago, IL 60655-1030
12061720     +Touhy & Touhy Ltd.,     161 N. Clark St., Ste. 2210,     Chicago, IL 60601-3221
12061721      World Points,    Bank of America,    PO Box 17322,    Baltimore, MD 21297-1322
The following entities were served by electronic transmission on Mar 31, 2009.
tr           +E-mail/Text: HFOX@LEHMANFOX.COM                            Horace Fox, JR,    Lehman & Fox,
               6 E Monroe St,    Chicago, IL 60603-2704
12516109     +E-mail/Text: EBN_AIS@AMERICANINFOSOURCE.COM
               FIA CARD SERVICES, N.A./BANK OF AMERICA,     by American InfoSource L.P. as its agent,
               4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
                                                                                              TOTAL: 2

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
12292056*    +Louis Orlando,    55 W Wacker,    14th Floor,    Chicago, IL 60601-1609
                                                                                              TOTALS: 0, * 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Apr 01, 2009**          **Signature:** *Joseph Speetjens*