UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
CHICAGO DIVISION

In re: § Case No. 08-06517
§
WILLIAM BERTUCCI §
§
§
Debtor(s) §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT
CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

Horace Fox, Jr., chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $4,515.00 | Assets Exempt: | $8,515.00 |
| Total Distributions to Claimants: | $4,983.87 | Claims Discharged Without Payment: | $69,215.58 |
| Total Expenses of Administration: | $8,814.39 | | |

3) Total gross receipts of $16,798.26 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $3,000.00 (see **Exhibit 2**), yielded net receipts of $13,798.26 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (5/1/2011)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $3,780.00 | $0.00 | $0.00 | $0.00 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin Fees and Charges (from **Exhibit 4**) | NA | $8,814.39 | $8,814.39 | $8,814.39 |
| Prior Chapter Admin Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $200.00 | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $71,908.56 | $56,766.45 | $56,766.45 | $4,983.87 |
| **Total Disbursements** | $75,888.56 | $65,580.84 | $65,580.84 | $13,798.26 |

4). This case was originally filed under chapter 7 on 03/19/2008. The case was pending for 37 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 09/13/2011         By:   /s/ Horace Fox, Jr.
                                              Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (5/1/2011)**

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN.CODE | AMOUNT RECEIVED |
|---|---|---|
| interest in value of grandfather's probate estate/debtor exempted $3,000 of value in this asset. | 1129-000 | $16,789.22 |
| Interest Earned | 1270-000 | $9.04 |
| **TOTAL GROSS RECEIPTS** | | $16,798.26 |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN.CODE | AMOUNT PAID |
|---|---|---|---|
| William Bertucci | Exemptions | 8100-002 | $3,000.00 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | $3,000.00 |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Hyundai Motor Finance Corp | 4110-000 | $3,780.00 | NA | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | | $3,780.00 | $0.00 | $0.00 | $0.00 |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN.CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Horace Fox, Jr., Trustee | 2100-000 | NA | $2,129.83 | $2,129.83 | $2,129.83 |
| Bruce de 'Medici, Attorney for Trustee | 3210-000 | NA | $6,673.50 | $6,673.50 | $6,673.50 |
| Bruce de 'Medici, Attorney for Trustee | 3220-000 | NA | $11.06 | $11.06 | $11.06 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $8,814.39 | $8,814.39 | $8,814.39 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

**UST Form 101-7-TDR (5/1/2011)**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Tammy Kelly | 5800-000 | $200.00 | NA | NA | $0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $200.00 | $0.00 | $0.00 | $0.00 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Louis Orlando | 7100-000 | $22,659.84 | $22,659.84 | $22,659.84 | $1,989.45 |
| 2 | CHASE BANK USA | 7100-000 | $1,121.00 | $1,509.39 | $1,509.39 | $132.52 |
| 3 | American Express Centurion Bank | 7100-000 | $1,400.00 | $1,842.71 | $1,842.71 | $161.78 |
| 4 | FIA CARD SERVICES, N.A./BANK OF AMERICA | 7100-000 | $15,030.00 | $15,270.07 | $15,270.07 | $1,340.65 |
| 5 | FIA CARD SERVICES, N.A./BANK OF AMERICA | 7100-000 | $730.00 | $1,602.25 | $1,602.25 | $140.67 |
| 6 | FIA CARD SERVICES, N.A./BANK OF AMERICA | 7100-000 | $13,734.72 | $13,882.19 | $13,882.19 | $1,218.80 |
| | Sears Credit Cards | 7100-000 | $2,203.00 | NA | NA | $0.00 |
| | Toughy & toughy Ltd | 7100-000 | $0.00 | NA | NA | $0.00 |
| | World Points | 7100-000 | $15,030.00 | NA | NA | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $71,908.56 | $56,766.45 | $56,766.45 | $4,983.87 |

**UST Form 101-7-TDR (5/1/2011)**

Case 08-06517    Doc 45    Filed 09/14/11    Entered 09/14/11 11:48:23    Desc Main
Document      Page 5 of 11

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page No: 1    Exhibit 8

| Case No.: | 08-06517 | | | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|---|---|
| Case Name: | BERTUCCI, WILLIAM | | | Date Filed (f) or Converted (c): | 03/19/2008 (f) |
| For the Period Ending: | 9/13/2011 | | | §341(a) Meeting Date: | 04/17/2008 |
| | | | | Claims Bar Date: | 08/19/2008 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. DA=§ 554(c) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | Cash on Hand | $800.00 | $0.00 | DA | $0.00 | FA |
| 2 | TCF Bank Checking | $200.00 | $0.00 | DA | $0.00 | FA |
| 3 | Household furnishings | $1,000.00 | $0.00 | DA | $0.00 | FA |
| 4 | Wearing apparel approx | $1,000.00 | $0.00 | DA | $0.00 | FA |
| 5 | Movado Watch | $300.00 | $0.00 | DA | $0.00 | FA |
| 6 | Whole Life Insurance Policy - | $510.00 | $0.00 | DA | $0.00 | FA |
| 7 | IRA - held for daughter | $705.00 | $0.00 | DA | $0.00 | FA |
| 8 | Hyundai Sonata - Lease | $0.00 | $0.00 | DA | $0.00 | FA |
| Asset Notes: | lease | | | | | |
| 9 | VOID | $0.00 | $0.00 | | $0.00 | FA |
| 10 | interest in value of grandfather's probate estate/debtor exempted $3,000 of value in this asset. (u) | Unknown | $13,789.22 | | $16,789.22 | FA |
| Asset Notes: | 1/8th interest in value of grandfather's estate | | | | | |
| INT | Interest Earned (u) | Unknown | Unknown | | $9.04 | FA |

**TOTALS (Excluding unknown value)**                                                                                                                                                 **Gross Value of Remaining Assets**

|  | $4,515.00 | $13,789.22 | | $16,798.26 | $0.00 |
|---|---|---|---|---|---|

**Major Activities affecting case closing:**

Updated File up to 8/27/08 (no new documents to print).

Got attorney fee detail.  Review claims. file final report.

Submitted TFR to David Gucwa by email and delivered a paper copy on 12/13/09.

fee orders entered . Need final account

5.28.10 got zero balance statement.

Review draft final account 10.05.10

Case 08-06517   Doc 45   Filed 09/14/11   Entered 09/14/11 11:48:23   Desc Main
Document   Page 6 of 11

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page No: 2    Exhibit 8

| Case No.: | 08-06517 | | | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|---|---|
| Case Name: | BERTUCCI, WILLIAM | | | Date Filed (f) or Converted (c): | 03/19/2008 (f) |
| For the Period Ending: | 9/13/2011 | | | §341(a) Meeting Date: | 04/17/2008 |
| | | | | Claims Bar Date: | 08/19/2008 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. DA=§ 554(c) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

**Initial Projected Date Of Final Report (TFR):**  06/30/2010          **Current Projected Date Of Final Report (TFR):**  06/30/2010          /s/ HORACE FOX, JR.

                                                                                                                                                HORACE FOX, JR.

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 08-06517 | | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|---|
| Case Name: | BERTUCCI, WILLIAM | | Bank Name: | STERLING BANK |
| Primary Taxpayer ID #: | ******0281 | | Checking Acct #: | ******6517 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 3/19/2008 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 9/13/2011 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 09/17/2008 | | Transfer From Acct#******6517 | transfer from money market | 9999-000 | $3,000.00 | | $3,000.00 |
| 11/20/2008 | | Transfer To Acct#******6517 | wrote check out of mm account and transferred anoter 3k into checking. there was 3k check to Bertucci  This returns checking acct funds to mm. | 9999-000 | | $3,000.00 | $0.00 |
| 02/16/2009 | | Transfer From Acct#******6517 | | 9999-000 | $13,798.26 | | $13,798.26 |
| 02/16/2009 | | Transfer From: # ******6517 | Transfer to Close Account | 9999-000 | $0.60 | | $13,798.86 |
| 02/17/2009 | | Transfer To Acct#******6517 | | 9999-000 | | $0.60 | $13,798.26 |
| 06/16/2009 | 2 | Horace Fox, Jr. | Trustee Compensation | 2100-000 | | $2,129.83 | $11,668.43 |
| 06/16/2009 | 3 | Bruce de 'Medici | Final Dividend: 48.36; Amount Allowed: 6,673.50; | 3210-000 | | $6,673.50 | $4,994.93 |
| 06/16/2009 | 4 | Bruce de 'Medici | Final Dividend: 0.08; Amount Allowed: 11.06; | 3220-000 | | $11.06 | $4,983.87 |
| 06/16/2009 | 5 | Louis Orlando | Final Claim #: 1; Dividend: 14.41; Amount Allowed: 22,659.84; | 7100-000 | | $1,989.45 | $2,994.42 |
| 06/16/2009 | 6 | CHASE BANK USA | Final Claim #: 2; Dividend: 0.96; Amount Allowed: 1,509.39; | 7100-000 | | $132.52 | $2,861.90 |
| 06/16/2009 | 7 | American Express Centurion Bank | Final Claim #: 3; Dividend: 1.17; Amount Allowed: 1,842.71; | 7100-000 | | $161.78 | $2,700.12 |
| 06/16/2009 | 8 | FIA CARD SERVICES, N.A./BANK OF AMERICA | Final Claim #: 4; Dividend: 9.71; Amount Allowed: 15,270.07; | 7100-000 | | $1,340.65 | $1,359.47 |
| 06/16/2009 | 9 | FIA CARD SERVICES, N.A./BANK OF AMERICA | Final Claim #: 5; Dividend: 1.01; Amount Allowed: 1,602.25; | 7100-000 | | $140.67 | $1,218.80 |
| 06/16/2009 | 10 | FIA CARD SERVICES, N.A./BANK OF AMERICA | Final Claim #: 6; Dividend: 8.83; Amount Allowed: 13,882.19; | 7100-000 | | $1,218.80 | $0.00 |
| 06/17/2009 | 8 | VOID: FIA CARD SERVICES, N.A./BANK OF AMERICA | | 7100-003 | | ($1,340.65) | $1,340.65 |
| 06/17/2009 | 9 | VOID: FIA CARD SERVICES, N.A./BANK OF AMERICA | | 7100-003 | | ($140.67) | $1,481.32 |
| 06/17/2009 | 10 | VOID: FIA CARD SERVICES, N.A./BANK OF AMERICA | | 7100-003 | | ($1,218.80) | $2,700.12 |

**SUBTOTALS** $16,798.86 $14,098.74

FORM 2

CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 08-06517 | | | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|---|---|
| Case Name: | BERTUCCI, WILLIAM | | | Bank Name: | STERLING BANK |
| Primary Taxpayer ID #: | ******0281 | | | Checking Acct #: | ******6517 |
| Co-Debtor Taxpayer ID #: | | | | Account Title: | |
| For Period Beginning: | 3/19/2008 | | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 9/13/2011 | | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 06/17/2009 | 11 | FIA CARD SERVICES, N.A./BANK OF AMERICA | Final Claim #: 4; Dividend: 9.71; Amount Allowed: 15,270.07; | 7100-000 | | $1,340.65 | $1,359.47 |
| 06/17/2009 | 12 | FIA CARD SERVICES, N.A./BANK OF AMERICA | Final Claim #: 5; Dividend: 1.01; Amount Allowed: 1,602.25; | 7100-000 | | $140.67 | $1,218.80 |
| 06/17/2009 | 13 | FIA CARD SERVICES, N.A./BANK OF AMERICA | Final Claim #: 6; Dividend: 8.83; Amount Allowed: 13,882.19; | 7100-000 | | $1,218.80 | $0.00 |
| | | | TOTALS: | | $16,798.86 | $16,798.86 | $0.00 |
| | | | Less: Bank transfers/CDs | | $16,798.86 | $3,000.60 | |
| | | | Subtotal | | $0.00 | $13,798.26 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | Net | | $0.00 | $13,798.26 | |

| For the period of 3/19/2008 to 9/13/2011 | | For the entire history of the account between 09/17/2008 to 9/13/2011 | |
|---|---|---|---|
| Total Compensable Receipts: | $0.00 | Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 | Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $16,798.86 | Total Internal/Transfer Receipts: | $16,798.86 |
| | | | |
| Total Compensable Disbursements: | $13,798.26 | Total Compensable Disbursements: | $13,798.26 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $13,798.26 | Total Comp/Non Comp Disbursements: | $13,798.26 |
| Total Internal/Transfer Disbursements: | $3,000.60 | Total Internal/Transfer Disbursements: | $3,000.60 |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 08-06517 | | | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|---|---|
| Case Name: | BERTUCCI, WILLIAM | | | Bank Name: | STERLING BANK |
| Primary Taxpayer ID #: | ******0281 | | | Money Market Acct #: | ******6517 |
| Co-Debtor Taxpayer ID #: | | | | Account Title: | |
| For Period Beginning: | 3/19/2008 | | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 9/13/2011 | | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 09/04/2008 | (10) | Ticor Title Insurance | 1/8 Interest in grandfather's probate estate. | 1229-000 | $16,789.22 | | $16,789.22 |
| 09/17/2008 | | Transfer To Acct#******6517 | transfer to checking for exemption, father's probate estate | 9999-000 | | $3,000.00 | $13,789.22 |
| 09/17/2008 | 1 | William Bertucci | exemption for possible Interest in grandfather's estate. | 8100-002 | | $3,000.00 | $10,789.22 |
| 09/30/2008 | (INT) | Sterling Bank | Interest Earned For September | 1270-000 | $2.72 | | $10,791.94 |
| 10/31/2008 | (INT) | Sterling Bank | Interest Earned For October | 1270-000 | $2.15 | | $10,794.09 |
| 11/20/2008 | | Transfer From Acct#******6517 | wrote check out of mm account and transferred anoter 3k into checking. there was 3k check to Bertucci  This returns checking acct funds to mm. | 9999-000 | $3,000.00 | | $13,794.09 |
| 11/28/2008 | (INT) | Sterling Bank | Interest Earned For November | 1270-000 | $1.53 | | $13,795.62 |
| 12/31/2008 | (INT) | Sterling Bank | Interest Earned For December | 1270-000 | $1.47 | | $13,797.09 |
| 01/30/2009 | (INT) | Sterling Bank | Interest Earned For January | 1270-000 | $1.17 | | $13,798.26 |
| 02/16/2009 | (INT) | STERLING BANK | Account Closing Interest As Of 2/16/2009 | 1270-000 | $0.60 | | $13,798.86 |
| 02/16/2009 | | Transfer To Acct#******6517 | transfer to checking account | 9999-000 | | $13,798.26 | $0.60 |
| 02/16/2009 | | Transfer To: # ******6517 | Transfer to Close Account | 9999-000 | | $0.60 | $0.00 |
| 02/17/2009 | | Transfer From Acct#******6517 | | 9999-000 | $0.60 | | $0.60 |
| 02/17/2009 | | DEP REVERSE: STERLING BANK | | 1270-000 | ($0.60) | | $0.00 |

| | | | | **SUBTOTALS** | $19,798.86 | $19,798.86 | |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 08-06517 | | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|---|
| Case Name: | BERTUCCI, WILLIAM | | Bank Name: | STERLING BANK |
| Primary Taxpayer ID #: | ******0281 | | Money Market Acct #: | ******6517 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 3/19/2008 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 9/13/2011 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| | | | **TOTALS:** | | $19,798.86 | $19,798.86 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | $3,000.60 | $16,798.86 | |
| | | | **Subtotal** | | $16,798.26 | $3,000.00 | |
| | | | **Less: Payments to debtors** | | $0.00 | $3,000.00 | |
| | | | **Net** | | $16,798.26 | $0.00 | |

| For the period of **3/19/2008** to **9/13/2011** | | For the entire history of the account between **09/04/2008** to **9/13/2011** | |
|---|---|---|---|
| Total Compensable Receipts: | $16,798.26 | Total Compensable Receipts: | $16,798.26 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $16,798.26 | Total Comp/Non Comp Receipts: | $16,798.26 |
| Total Internal/Transfer Receipts: | $3,000.60 | Total Internal/Transfer Receipts: | $3,000.60 |
| | | | |
| Total Compensable Disbursements: | $0.00 | Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $3,000.00 | Total Non-Compensable Disbursements: | $3,000.00 |
| Total Comp/Non Comp Disbursements: | $3,000.00 | Total Comp/Non Comp Disbursements: | $3,000.00 |
| Total Internal/Transfer Disbursements: | $16,798.86 | Total Internal/Transfer Disbursements: | $16,798.86 |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 08-06517 | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|
| Case Name: | BERTUCCI, WILLIAM | Bank Name: | STERLING BANK |
| Primary Taxpayer ID #: | ******0281 | Money Market Acct #: | ******6517 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 3/19/2008 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 9/13/2011 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

|  | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
|  |  | $16,798.26 | $16,798.26 | $0.00 |

**For the period of 3/19/2008 to 9/13/2011**

| | |
|---|---|
| Total Compensable Receipts: | $16,798.26 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $16,798.26 |
| Total Internal/Transfer Receipts: | $19,799.46 |
| | |
| Total Compensable Disbursements: | $13,798.26 |
| Total Non-Compensable Disbursements: | $3,000.00 |
| Total Comp/Non Comp Disbursements: | $16,798.26 |
| Total Internal/Transfer Disbursements: | $19,799.46 |

**For the entire history of the case between 03/19/2008 to 9/13/2011**

| | |
|---|---|
| Total Compensable Receipts: | $16,798.26 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $16,798.26 |
| Total Internal/Transfer Receipts: | $19,799.46 |
| | |
| Total Compensable Disbursements: | $13,798.26 |
| Total Non-Compensable Disbursements: | $3,000.00 |
| Total Comp/Non Comp Disbursements: | $16,798.26 |
| Total Internal/Transfer Disbursements: | $19,799.46 |